**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CHRISTOPHER NICOLAS KETCHUM** PLAINTIFF

*v.* *CIVIL ACTION NO. 3:25-CV-00298-GHD-JMV*

**DERVISHI ASISI, and**
**EURO LINES, LLC** DEFENDANTS

**AGREED ORDER DISMISSING CASE WITH PREJUDICE**

This matter came before the Court on the *ore tenus* motion of the parties to dismiss this lawsuit because of a settlement of this matter. The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this lawsuit is dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 28th day of September, 2026.

Glen H. Davidson
**SENIOR U.S. DISTRICT JUDGE**

Prepared by:

*/s/ Eric R. Price*
ERIC R. PRICE (MSB #102274)
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Phone: 504-212-8870
Fax: 504-212-7292
Email: eprice@perrierlacoste.com
COUNSEL FOR DEFENDANT

Approved by:

*<u>/s/ Sean Akins</u>*
B. Sean Akins (MSB 9555)
Akins & Adams, P.A.
108 E. Jefferson Street
Ripley, Mississippi 38663
Email: sean@akinsadams.com
Phone: (662) 837-9976
*Counsel for Plaintiff*